**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**
**CIVIL DIVISION**

|                                          |   |                          |
|------------------------------------------|---|--------------------------|
| **RECARDO TERRY**                        ) |   |                          |
|                                          ) |   |                          |
| *Plaintiff*,                             ) |   |                          |
|                                          ) |   |                          |
| v.                                       ) |   | Case No.: 1:18-cv-31     |
|                                          ) |   |                          |
| **SONNY PERDUE**                         ) |   |                          |
| **SECRETARY, UNITED STATES**             ) |   |                          |
| **DEPARTMENT OF AGRICULTURE**            ) |   |                          |
|                                          ) |   |                          |
| *Defendant.*                             ) |   |                          |

**PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

Comes now, Plaintiff Recardo Terry, by and through counsel, and pursuant to the Court's April 4, 2018 Order, hereby files this Response to the Order to Show Cause, and states as follows.

Plaintiff filed his Complaint on January 3, 2018 and served the Complaint on Defendant Sonny Perdue, Secretary, U.S. Department of Agriculture on February 8, 2018, on U.S. Attorney General Jefferson B. Sessions, II on February 9, 2018, and on the U.S. Attorney for the District of Maryland, Stephen M. Schenning, on February 14, 2018. Ex. 1 (Affidavit of Service of Summons and Complaint on Defendant and associated return receipts). Plaintiff inadvertently neglected to file an affidavit of service of the summons and complaint on Defendant by the April 3, 2018 deadline. However, Plaintiff's affidavit of service is attached hereto as Exhibit 1. Pursuant to Rule 12(a)(2) of the Federal Rules of Civil Procedure, Defendant's response to the Complaint is due April 10, 2018.

1

Wherefore, Plaintiff respectfully submits this Response to the Court's April 4, 2018 Order to Show Cause.

Date:   April 5, 2018                                                Respectfully Submitted,


\_\_\_\_\_/s/_____
David A. Branch
Law Office of David A. Branch &
Associates, PLLC
1828 L Street, NW, Suite 820
Washington, D.C. 20036
202.785.2805 phone
202.785.0289 fax
davidbranch@dbranchlaw.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of April 2018, I caused a copy of the foregoing to be served by first-class mail on Defendant, as follows.

Jefferson B. Sessions, II
Attorney General
U.S. Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530

Stephen M. Schenning
U.S. Attorney for the District of Maryland
U.S. Attorney's Office for the District of Maryland
36 S. Charles Street, 4th Floor
Baltimore, MD 21201

SONNY PERDUE, SECRETARY
UNITED STATES DEPARTMENT OF AGRICULTURE
1400 Independence Avenue, S.W.
Washington, D.C. 20520

_____/s/_____
David A. Branch